# United States Court of Appeals
## For the First Circuit

---

Nos.  14-1528
      14-1548
      14-1906
      15-1878
      15-2277

UNITED STATES OF AMERICA,

Appellee,

v.

ENRICO PONZO,
a/k/a Henry Ponzo, a/k/a Michael P. Petrillo, a/k/a Rico, a/k/a
Joey, a/k/a Jeffrey John Shaw, a/k/a Jay Shaw,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion for this Court issued April 7, 2017 is amended as follows:

On page 46, line 11, add a closing set of quotation marks after "will ask."

1